UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY HOBBS AND RODNEY HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. successor in interest to WACHOVIA BANK N.A., F/K/A WORLD SAVINGS BANK FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 3:12-CV-04060-RS<br><br>[The Honorable Richard Seeborg]<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(MODIFIED BY THE COURT)** |

On November 16, 2012, WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") filed a response to this Court's November 15, 2012 Order Re: Briefing On Application For Temporary Restraining Order.

/ / /

1  The Court, having read and considered the response and the declaration in support, finds
2  as follows:
3  Wells Fargo's request that the Court extend the Defendant's briefing deadline is
4  GRANTED, as modified.
5  **IT IS HEREBY ORDERED:**
6  No later than Noon on Wednesday, November 21, 2012, defendants shall file any
7  opposition to the application for a temporary restraining order. With the exception of the newly
8  modified deadline, the opposition, if filed, shall conform to the requirements of this Court's
9  November 15, 2012 Order Re Briefing On Application For Temporary Restraining Order
10 (Document 41).  Plaintiffs' deadline for its further filing required by the November 15th Order is
11 extended to the same date and time.  Particularly in light of the holidays, the parties are still
12 strongly encouraged to reach agreement as to a further postponement of the foreclosure sale that
13 would permit careful and full consideration of the question of whether or not the sale should be
14 enjoined during the pendency of this action.

17 Dated:  11/16/2012
18                                                HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE