1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  TRACY HOBBS AND RODNEY HOBBS, | CASE NO.:  3:12-CV-04060-RS |
| 12            Plaintiffs, | [The Honorable Richard Seeborg] |
| 13  v. | **ORDER MODIFYING BRIEFING** |
| 14  | **SCHEDULE ON APPLICATION FOR** |
| 15  WELLS FARGO BANK, N.A. successor in interest to WACHOVIA BANK N.A., F/K/A | **TEMPORARY RESTRAINING ORDER** |
| 16  WORLD SAVINGS BANK FSB; NDEX WEST LLC, a Delaware Limited Liability | |
| 17  Company; and all persons or entities unknown claiming any legal or equitable right, title, | |
| 18  estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title | |
| 19  thereto, and DOES 1 through 25, inclusive, | |
| 20            Defendants. | |
| 21  | |

22

23      On November 21, 2012, WELLS FARGO BANK, N.A., successor by merger with Wells

24  Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

25  ("Wells Fargo") filed a response to this Court's November 16, 2012 Order Modifying Briefing

26  Schedule On Application For Temporary Restraining Order.

27

28  / / /

93000/FR0483/00477107-1                          1

1    The Court, having read and considered the response and the declaration in support, finds

2  as follows:

3    Wells Fargo's request that the Court extend the Defendant's briefing deadline to 12:00

4  p.m. Monday, November 26, 2012 is GRANTED.

5    **IT IS HEREBY ORDERED:**

6    No later than 12:00 p.m., on Monday, November 26, 2012, defendants shall file any

7  opposition to the application for a temporary restraining order. With the exception of the newly

8  modified deadline, the opposition, if filed, shall conform to the requirements of this Court's

9  November 15, 2012 Order Re Briefing On Application For Temporary Restraining Order

10  (Document 41).  Plaintiff's deadline for its further filing required by the November 15th Order is

11  extended to the same date an d time.

12

13

14  Dated:  11/21/12

15  HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.:  3:12-CV-04060-RS
ORDER MODIFYING BRIEFING SCHEDULE ON
TEMPORARY RESTRAINING ORDER