UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY HOBBS AND RODNEY HOBBS, | CASE NO.: 3:12-CV-04060-RS |
| Plaintiffs, | [The Honorable Richard Seeborg] |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON OSC RE: PRELIMINARY INJUNCTION** |
| WELLS FARGO BANK, N.A. successor in interest to WACHOVIA BANK N.A., F/K/A WORLD SAVINGS BANK FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive, | |
| Defendants. | |

The Court, having reviewed the Joint Stipulation to continue the hearing for order to show cause re preliminary injunction and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

///

///

1. The hearing on the preliminary injunction be continued from December 20, 2012 to January 3, 2013 at 1:30 p.m.
2. Wells Fargo's deadline to file a response to plaintiffs' papers in support of a preliminary injunction is extended to December 21, 2012.

**IT IS SO ORDERED.**

Dated: 12/17/12

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE