**CONSUMER LITIGATION LAW CENTER, APC**
September J. Katje, Esq. (SBN 227896)
100 N. Citrus Street, Suite 408
West Covina, CA 91791
Telephone: (800) 787-5616 | Fax: (888) 909-7947
sk@consumerlitigationlawcenter.com

Attorney for Plaintiffs,
TRACY HOBBS and RODNEY HOBBS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HOBBS and RODNEY HOBBS<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., successor in interest to WACHOVIA BANK, N.A., F/K/A WORLD SAVINGS BANK FSB; NDEX WEST, LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:12-cv-04060-RS<br><br>ORDER<br>**JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

FOR GOOD CAUSE SHOWN, the Joint Stipulation to Extend the Mediation Deadline is hereby, GRANTED.

The mediation deadline shall be extended up to and included June 6, 2013.

IT IS SO ORDERED.

Dated: March _6_, 2013

BY: _____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE