United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HOBBS, et al., | Case No. 12-cv-04060-RS |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 22, 2015.   After consulting with the parties, IT IS HEREBY ORDERED THAT:

1.     ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE.  The parties are hereby REFERRED to a Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, in the next 90 days.

2.     DISCOVERY.

On or before July 30, 2015, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.     DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.    EXPERT WITNESSES

The disclosure and discovery of expert witnesses shall proceed as follows:

a.  On or before July 30, 2015, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b.  On or before July 30, 2015, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c.  On or before July 30, 2015, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.    FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **September 17, 2015 at 11:30 a.m.** The parties shall appear telephonically at that time.  Defendant's counsel shall coordinate with plaintiff to telephone him directly at that time and then connect the parties via conference call to chambers at (415) 522-4120.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6.    PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than September 3, 2015.

7.    PRETRIAL CONFERENCE.

The final pretrial conference will be held on **November 12, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 12-cv-04060-RS

United States District Court
Northern District of California

8.      TRIAL DATE.

A bench trial shall commence on **December 7, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated:  January 22, 2015

_____
RICHARD SEEBORG
United States District Judge