ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY HOBBS AND RODNEY HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. successor in interest to WACHOVIA BANK N.A., F/K/A WORLD SAVINGS BANK FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  3:12-CV-04060-RS<br><br>[The Honorable Richard Seeborg]<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED:

1.  The above-entitled action is dismissed as to all parties *with prejudice*; and

2.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  _6/10_____, 2015

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

CASE NO.:  3:12-CV-04060-RS
ORDER GRANTING JOINT STIPULATION OF
DISMISSAL OF ACTION WITH PREJUDICE